

Benjamin J. Sweet
Partner
T 412-857-5350
E ben@nshmlaw.com

August 14, 2023

<u>**VIA CM/ECF**</u>
Hon. Anne M. Nardacci
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, NY 13261

      Re:   *Richard DeGaetano v. Munson's Candy Kitchen, Inc.*; Case No. 1:23-cv-00860-AMN-DJS

Dear Judge Nardacci:

      We represent Plaintiff Richard DeGaetano in the above referenced matter. Plaintiff served Defendant with the Complaint on August 2, 2023, and Defendant's response is currently due on August 23, 2023. There is a Rule 16 Initial Conference currently set for October 16, 2023.

      The parties have conferred and respectfully request the Court continue Defendant's response deadline to October 1, 2023. Please contact the undersigned if Your Honor requires any additional information.

                                        Respectfully submitted,

                                        NYE, STIRLING, HALE, MILLER & SWEET, LLP

                                        BENJAMIN J. SWEET